UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY LEE ALEXANDER, | ) |
| | ) CASE NO. C12-1326-TSZ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF REMAND |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Having reviewed the memoranda of the parties and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 25, and no objections having been filed, the Court enters the following Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for a determination as to the onset date of disability; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 14th day of June, 2013.

THOMAS S. ZILLY
United States District Judge

ORDER OF REMAND
PAGE -1